## LASSELLE v. WILSON.

Wednesday, June 13.

APPEAL from the *Cass* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed with 10 per cent. damages and costs. It is accurate in every particular to nearer than a hair's breadth.

The points made have all been ruled upon and settled in numerous cases (1).

*C. B. Lasselle*, for the appellant.

(1) The appellant relied upon two points—

1. The cause was tried upon an issue of fact raised by answer, though a demurrer to the complaint was pending undecided.

2. That the judgment was without relief, &c., under § 15, 1 R. S. p. 379, which, he contended, is unconstitutional.